

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00239-CV

IN RE VIRGINIA JANE BRIAN,                          RELATORS
DAVID BRIAN, AND THE DAVID
AND VIRGINIA BRIAN FAMILY
MANAGEMENT CO., LLC

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL:  WALKER, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  June 14, 2012

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).